UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BARBARA SCHWIMMER, et al,

                    Plaintiffs,

- against -

RAPID PARK INDUSTRIES, et al,

                    Defendants.
------------------------------------------------------X

09 Civ. 05000 ( RJH )

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/10

        On March 19, 2010 a conference was held in this matter before the Honorable Richard J. Holwell, United States District Court for the Southern District of New York. Present before the Court were all parties represented by their attorneys. The Court entered the following Order:

        A pretrial conference shall be held on June 25, 2010 at 10:30 a.m. to set a summary judgement briefing schedule, if necessary, and a trial date.

SO ORDERED :
Date: New York, New York:
March 29, 2010

_____
Richard J. Holwell
United States District Judge